### CYCLONE USA, INC., Plaintiff–Appellant,

v.

### LL & C DEALER SERVICES, LLC, Defendant–Appellee,

and

### Korean Industrial Design Corporation, Sei Kim, and Cofbel Corp., Defendants.

No. 03–1559.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

Anthony N. Luti, Anthony J. Dain, for Defendant.

Michael A. Grow, Fox Arent, Washington, DC, Erica Lynn Hermatz, Majeski Ropers, San Jose, CA, for Plaintiff–Appellant.

Howard Gest, David W. Burhenn, Burhenn & Gest, Los Angeles, CA, Jeffrey P. Kushan, Sidley & Aust, Eric M. Solovy, Austin Sidley, Washington, DC, for Defendant–Appellee.

Before NEWMAN, MICHEL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36